**Katz Nannis + Solomon**

PO Box 480149
Niles, IL 60714

Enrollment Code: UV5WLPYNM8

To Enroll, Scan the QR Code Below:

Or Visit:
https://app.idx.us/account-creation/protect

A 24104 T84 P1 3 **********AUTO**ALL FOR AADC 630
Phenicia Brown

September 3, 2024

Re:   Notice of Data Security Incident

Dear Phenicia Brown:

I am writing to inform you of a data security incident that may have affected your personal information. At Katz Nannis + Solomon, PC ("KN+S"), we take the privacy and security of personal information very seriously. That is why we are notifying you of the incident, providing you with steps you can take to help protect your personal information, and offering you the opportunity to enroll in complimentary credit monitoring and identity protection services.

**What Happened.** On November 28, 2023, KN+S became aware of unusual activity in our network. Upon discovering this activity, our internal security teams took immediate steps to secure our network. We also engaged a team of leading external cybersecurity specialists to assist in our response and conduct an investigation to determine what happened and what information may have been involved.

The investigation revealed that sometime between November 21, 2023, and November 27, 2023, certain KN+S data was acquired without authorization in connection with the incident. As a result, we launched a comprehensive programmatic and manual review of the potentially affected data. This review concluded on August 22, 2024, and identified that some of your information was present in the relevant data. We then took steps to notify you of the incident as quickly as possible. Please note that KN+S has no evidence of any actual or suspected misuse of information involved in this incident.

**What Information Was Involved.** The potentially affected information includes your name and your Social Security number.

**What We Are Doing.** As soon as KN+S discovered the incident, we took the steps described above. KN+S also reported the matter to the FBI and will cooperate with any resulting investigation. Further, KN+S implemented additional measures to enhance our network security and minimize the risk of a similar incident occurring in the future.

Additionally, to help relieve concerns and to help protect your identity following this incident, KN+S is offering you access to complimentary credit monitoring and identity theft protection services through IDX – a data breach and recovery services expert. These services include: 12 months of credit[1] and CyberScan monitoring, a $1,000,000 insurance reimbursement policy, and fully managed identity theft recovery services. With this protection, IDX will help you resolve issues if your identity is compromised.

---

[1] To receive credit monitoring services, you must be over the age of 18 and have established credit in the U.S., have a Social Security number in your name, and have a U.S. residential address associated with your credit file.